UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SK b/n/f GINA KILDAHL,
And on behalf of themselves and
those similarly situated

       Plaintiff,

v.                                         Case No. 3:21-CV-637

SCHOOL DISTRICT OF FALL CREEK,
et. al.,

       Defendants.

## DEFENDANTS' MOTION TO DISMISS

NOW COME Defendants, the School District of Fall Creek, School District of Fall Creek Board of Education, Joe Sanfelippo, Brock Wright, Eric Ryan, AnnMarie Anderson, Jill Geske, and Courtney Kneifl, by and through their attorneys, Kopka Pinkus Dolin PC, and hereby respectfully move the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order granting Defendants' motion to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the contemporaneously filed Brief in Support, and all other pleadings on file.

Dated this 23rd Day of November, 2021.

                        KOPKA PINKUS DOLAN PC
                        Attorneys for Defendants

                        By:    /s/ Ronald S. Stadler
                               Ronald S. Stadler
                               State Bar No. 1017450
                               Jonathan E. Sacks
                               State Bar No. 1103204

N19W24200 Riverwood Dr, Suite 140
Waukesha, WI 53188-1191
telephone: 847-549-9611
facsimile: 847-549-9636
e-mail: rsstadler@kopkalaw.com
        jesacks@kopkalaw.com